# NO. 12-22-00082-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| **BEATRICE PRIMEAUX, APPELLANT** | § | **APPEAL FROM THE** |
| **V.** | § | **COUNTY COURT AT LAW NO. 1** |
| **NINFA HELEN MEZA GARCIA, APPELLEE** | § | **JEFFERSON COUNTY, TEXAS** |

### MEMORANDUM OPINION
### PER CURIAM

This appeal is being dismissed for want of prosecution.[1]  *See* TEX. R. APP. P. 42.3(b).

Beatrice Primeaux, acting pro se, perfected this appeal on March 8, 2022.  The clerk's record was filed on March 30 and the reporter's record was filed on May 26.  Appellant's brief was due by June 27.  On June 29, this Court notified Appellant that the brief was past due. We further notified Appellant that the appeal may be dismissed for want of prosecution unless a motion for extension of time, containing a reasonable explanation for the failure to file a brief and showing that Appellee has not suffered material injury thereby, is filed no later than July 11.

The July 11 deadline passed and Appellant has not filed a brief, a motion for leave to file a late brief, or a motion for extension of time.[2]  Accordingly, we ***dismiss*** the appeal for ***want of prosecution***.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Opinion delivered July 20, 2022.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

---

[1] This case was transferred to this Court from the Ninth Court of Appeals in Beaumont, Texas, pursuant to a docket equalization order. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013).

[2] Pro se litigants are held to the same standards as licensed attorneys and must comply with all applicable rules of procedure; otherwise, pro se litigants would benefit from an unfair advantage over parties represented by counsel. ***Muhammed v. Plains Pipeline, L.P.***, No. 12-16-00189-CV, 2017 WL 2665180, at *2 n.3 (Tex. App.—Tyler June 21, 2017, no pet.) (mem. op.).



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JULY 20, 2022**

**NO. 12-22-00082-CV**

**BEATRICE PRIMEAUX,**
Appellant
V.
**NINFA HELEN MEZA GARCIA,**
Appellee

Appeal from the County Court at Law No. 1

of Jefferson County, Texas (Tr.Ct.No. 136,487)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed for want of prosecution.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that the appeal be, and the same is, hereby **dismissed for want of prosecution**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*